OPINION — AG — IF THE EXCISE BOARD AUTHORIZES SUPPLEMENTAL APPROPRIATIONS FOR ANY DEPARTMENT AND IS ACTING STRICTLY WITHIN THE PROVISIONS OF 68 O.S. 1965 Supp., 24101 [68-24101], THE COUNTY COMMISSIONERS HAVE NO DISCRETION WHATSOEVER IN APPROVING OR DISAPPROVING THE ACTIONS OF THE COUNTY EXCISE BOARD. CITE: ARTICLE XXIV, SECTION 2 (AD VALOREM TAX CODE), 68 O.S. 1965 Supp., 2401-24404 [68-2401] — [68-24404] (LUSTER COOK)